

Order Filed on
**02/22/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Case No.:  09-43672** |
| IN RE:<br> ALPAY CAN | **Hearing Date:  02/18/2010**<br><br>**Judge:  MORRIS STERN** |

### ORDER DENYING CONFIRMATION AND DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: 02/22/2010**

Honorable Morris Stern
United States Bankruptcy Judge

1

Debtor(s):   ALPAY CAN

Case No.:  09-43672M

Caption of Order:  Order Denying Confirmation and Dismissing Petition

THIS MATTER having come before the Court on 02/18/2010 for a Confirmation Hearing of the

Debtor(s)' Chapter 13 Plan, and the Court having considered the Chapter 13 Standing Trustee's report and good

and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it

is further

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all

proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee

from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s) except any adequate

protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby

allowed as an Administrative Expense.

2

*Approved by Judge Morris Stern February  22, 2010*